FILED

12/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

DEC 05 2022

Bowen Greenwood
Clerk of Supreme Court
of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

ORDER

The judges of the Thirteenth Judicial District of the State of Montana have requested the assistance of retired District Judge Mike Salvagni to assume jurisdiction of Yellowstone County Cause No. DV-56-2022-0000467-MC, *Raynee M. Flournoy, et al., v. Department of Public Health and Human Services, et al.*

Judge Salvagni has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103, MCA, has advised that he is agreeable to assisting the Thirteenth Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. The Honorable Mike Salvagni, retired District Judge, is hereby called to active service in the District Court of the Thirteenth Judicial District of the State of Montana, to assume judicial authority of Yellowstone County Cause No. DV-56-2022-0000467-MC, *Raynee M. Flournoy, et al., v. Department of Public Health and Human Services, et al.*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

2. For all active service, Judge Salvagni shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of the Thirteenth Judicial District, with the request that this Order be sent to all counsel of record in the above-listed matter.

4. A copy of this Order shall also be furnished to all judges in the Thirteenth Judicial District, the Honorable Mike Salvagni, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 5 day of December, 2022.

_____
Chief Justice